**Michael S. REID, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

**No. 06–30179**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 13, 2006.

Nina Carol Coleman, Legal Services of North Louisiana, Natchitoches, LA, for Plaintiff–Appellant.

John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Defendant–Appellee.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Michael S. Reid ("Reid") filed a claim under the Social Security Act for Disability

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Insurance Benefits ("DIB") and for Supplemental Security Income ("SSI"). The Administrative Law Judge ("ALJ") denied Reid's claim and the Appeals Council affirmed the decision of the ALJ. Treating the decision of the Appeals Council as the final decision of the Commissioner of Social Security, Reid filed suit in the district court for the Western District of Louisiana seeking judicial review of the Commissioner's decision. The case was referred to the Magistrate Judge for report and recommendation, and the Magistrate Judge recommended that Reid's petition for review be denied. Reid filed objections to the Magistrate's Report and the district court, after review of Reid's objections, adopted the Magistrate Judge's Report and Recommendation and entered final judgment denying any relief to Reid. Reid appeals to this Court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated in the Magistrate Judge's Report, as adopted by the district court, we affirm the decision of the district court to enter final judgment against Reid.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.